UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, *et al.*,<br><br>                         Plaintiffs,<br>        v.<br>JOHN W. CHASE,<br><br>                         Defendant,<br>        v.<br>BANK OF AMERICA, N.A.,<br><br>                         Garnishee. | Case No. MC20-0037RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, John W. Chase, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on June 3, 2020.

Dated this 5th day of June, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT